*Pro Se 1 2016*

FILED
LOGED
RECEIVED

**MAIL**

AUG 26 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON

**21-CV-1165** PAJ

CharLES CasToN

Plaintiff(s),

v.

JEFF BEZOS

AmazoN

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

**COMPLAINT FOR A CIVIL CASE**

Jury Trial: ☒ Yes  ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name                CharLES    CasToN
Street Address      2424 SakowiTz sT # A-302
City and County     HousToN,
State and Zip Code   TExas, 77020
Telephone Number    (281) 995-6474

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

**B.**     **Defendant(s)**

  *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

  Defendant No. 1

| | |
|---|---|
| Name | JEFF BEZOS |
| Job or Title *(if known)* | C.E.O. |
| Street Address | 2111 7TH AVE. |
| City and County | SEaTTLE |
| State and Zip Code | WA. 98121 |
| Telephone Number | (206) 266-4064 |

  Defendant No. 2

| | |
|---|---|
| Name | Amazon |
| Job or Title *(if known)* | The Company |
| Street Address | 2111 7TH AVE. |
| City and County | SEaTTLE |
| State and Zip Code | WA, 98121 |
| Telephone Number | |

  Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fraud and ENbEzELiMENT
_____
_____

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2016

B.      If the Basis for Jurisdiction Is Diversity of Citizenship

        1.      The Plaintiff(s)

             a.   If the plaintiff is an individual.

The plaintiff (name) _Charles Caston_ , is a citizen of the

State of (name) _Texas_ .

             b.   If the plaintiff is a corporation.

The plaintiff, (name) _____, is incorporated under

the laws of the State of (name) _____, is incorporated under

the laws of the State of (name) _____, and has its principal

place of business in the State of (name) _____.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

        2.      The Defendant(s)

             a.   If the defendant is an individual.

The defendant, (name) _Jeff Bezos_ , is a citizen of the

State of (name) _Washington_ . Or is a citizen of

(foreign nation) _____.

             b.   If the defendant is a corporation.

The defendant, (name) _Amazon_ , is incorporated under

the laws of the State of (name) _Washington_ , and has its principal

place of business in the State of (name) _Washington_ .

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name)_____.

    (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

3.     **The Amount in Controversy.**

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

5 billion dollars

## III.     STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

DEFENDANT STOLE MY MONEY Thru Fraud and ENBEZZELMENT

## IV.     RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

I NEED MY LIFE back and MY MONEY

## V.     CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

*Pro Se 1 2016*

1  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4  identified, will likely have evidentiary support after a reasonable opportunity for further

5  investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6  Rule 11.

7        I agree to provide the Clerk's Office with any changes to my address where case-related

8  papers may be served. I understand that my failure to keep a current address on file with the

9  Clerk's Office may result in the dismissal of my case.

10        Date of signing:    8-23-2021

11        Signature of Plaintiff

12        Printed Name of Plaintiff  _____

14        Date of signing:  _____

15        Signature of Plaintiff  _____

16        Printed Name of Plaintiff  _____

18        Date of signing:  _____

19        Signature of Plaintiff  _____

20        Printed Name of Plaintiff  _____

COMPLAINT FOR A CIVIL CASE - 6



U.S. POSTAGE PAID
HOUSTON, TX
AUG 24, 21
AMOUNT
$9.05
R2303810101018-04

1000
98101

CERTIFIED MAIL

7021 0350 0001 2423 7591

FILED
LODGED
RECEIVED

AUG 26 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Charles Caston
2424 Sakowitz St, # 1A-302
Houston, Texas 77020

U.S. Federal District Court
United States Courthouse
700 Stewart Street Suite # 2310
Seattle, WA. 98101