Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES CASTON, | NO. 2:21-cv-01165-RAJ |
| Plaintiff, | ORDER |
| v. | |
| JEFF BEZOS, et al., | |
| Defendants. | |

    Plaintiff Charles Caston filed this action against chief executive officer of Amazon, Jeff Bezos, for fraud and embezzlement. Dkt. # 6. Mr. Caston was granted in forma pauperis ("IFP") status, and the Court reviewed his complaint under 28 U.S.C. § 1915(e)(2)(B). Dkt. ## 5, 9. The Court dismissed his complaint for failure to state a claim and granted leave to amend. Dkt. # 9. Rather than amending his complaint, Mr. Caston appealed the Court's order. Dkt. # 10.

    The Ninth Circuit dismissed Mr. Caston's appeal because it lacked jurisdiction: the Court's dismissal was without prejudice and not final or appealable. Dkt. ## 12, 13. Because Mr. Caston failed to amend his complaint in the time allotted by the Court, the Court dismissed the action. Dkt. # 14. Mr. Caston appealed that dismissal order. Dkt. # 15.

    Since then, the Ninth Circuit referred this matter to this Court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." Dkt. # 17. Because

ORDER - 1

its dismissal was proper, the Court indeed finds that Mr. Caston's appeal is frivolous and **REVOKES** his IFP status.

　　The Clerk shall send a copy of this order to Plaintiff as well as to the Ninth Circuit.

　　DATED this 4th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　*Richard A. Jones*
　　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 2